# Court of Appeals
# of the State of Georgia

ATLANTA, September 13, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0019. CHRISTOPHER M. HUNT v. ROBERT J. HUNTER, et al.**

Christopher Hunt, plaintiff in the civil action below, seeks review of the trial court's June 22, 2012, order granting the defendants' motion to dismiss.[1, 2]

From the limited materials submitted with the application, it appears that the June 22 order is subject to direct appeal as the final judgment in the case. See OCGA § 5-6-34 (a) (1). This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Hunt's application is hereby GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] Hunt filed his application in the Supreme Court, which transferred the matter here.

[2] Hunt's filing was construed as an application because it was filed in the appellate court rather than in the trial court. Applications are filed in the appellate court, while notices of appeal are filed in the trial court. Compare OCGA § 5-6-35 (d) and OCGA § 5-6-37. In his "Motion to Correct . . ." Hunt clarified that he seeks a direct appeal from the trial court's June 22 order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/13/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*